# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHRIMACK WILES,<br><br>Plaintiff,<br><br>v.<br><br>PHILAMORE,<br><br>Defendant. | No. 1:25-cv-00455 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 9) |

Jhrimack Wiles is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 23, 2025, the assigned magistrate judge issued findings and recommendations to dismiss this case with prejudice for failure to state a claim upon which relief may be granted. (Doc. 9.) The Court served the findings and recommendations on Plaintiff and notified him that objections were due in thirty days. (*Id*. at 7-8.) The Court advised him that his "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. at 8 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file any objections, and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 23, 2025, (Doc. 9), are **ADOPTED IN FULL.**

2. This case is **DISMISSED** with prejudice based on Plaintiff's failure to state a claim.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 16, 2026**

UNITED STATES DISTRICT JUDGE

2